IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CRIMINAL NO. 11-00174-CG |
| ) | |
| AL BENJAMIN, SR., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ASSURANCE SERVICES GROUP, ) | |
| INC., ) | |
| ) | |
| Garnishee. ) | |

**FINAL ORDER OF GARNISHMENT**

Upon joint motion of the parties for a Final Order of Garnishment (Doc. 26), it is **ORDERED** that the joint motion be **GRANTED** as set out below:

The parties having agreed and stipulated to the entry of a final order of garnishment against the non-exempt wages of the defendant, Al Benjamin, Sr., it is **ORDERED** that the garnishee, Assurance Services Group, Inc., shall pay into the hands of the Clerk of Court, at least monthly, the lesser of:

1. $55 per week;
2. Twenty-five percent (25%) of defendant's disposable earnings; or
3. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a)

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. State Adjusted Gross Income Tax;
4. County Option Tax (if any).

It is **FURTHER ORDERED** that these sums are to be applied upon the judgment rendered in this cause in the sum of $13,390.00, upon which there is an unpaid balance of $13,390.00 as of January 12, 2012, plus interest at the rate of 0%. These deductions are to continue until the unpaid balance, plus accruing interest, if any, is fully paid and satisfied or until the Garnishee no longer has possession or control of salary, wages, or other compensation belonging to the Defendant. Garnishee is **ORDERED** to notify Plaintiff within ten (10) days of Defendant's termination or resignation.

Checks are to be made payable to and mailed to:

Clerk of Court
113 St. Joseph Street
Mobile, AL  36602

Ref: Al Benjamin, Sr./11-CR-174-001

Finally, this Order shall take effect after all prior orders of garnishment, if any, have been satisfied.

**DONE and ORDERED** this 12th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE